| | |
|---|---|
| IN RE: THE MATTER OF PARKER DRILLING AND OFFSHORE USA, L.L.C., AS OWNER AND OPERATOR OF PARKER RIG 14-J PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY FOR THE INCIDENT OF SEPTEMBER 11, 2003 AT CHANDELEUR AREA BLOCK 27 | CIVIL ACTION<br><br>No. 03-2611<br><br>SECTION "C" |

### ORDER

Before the Court is a Motion for Summary Judgment to Enforce Settlement filed by third-party defendant C.B. Gear, Inc (Rec. Doc. 669). In light of the settlement reached between the two parties subsequent to the filing of this motion, this motion is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 10th day of March, 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE